# Court of Appeals
# of the State of Georgia

ATLANTA,  June 12, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1591. JEROME FRANKLIN v. AYONDA EDMONDS.

In June 2022, the trial court entered a final judgment and decree of divorce dissolving the marriage of Ayonda Edmonds and Jerome Franklin. Franklin filed a motion to set aside the judgment pursuant to OCGA § 9-11-60, which the trial court denied. Franklin then filed this direct appeal. We lack jurisdiction.

First, appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (2). Second, the denial of a motion to set aside a final judgment under OCGA § 9-11-60 also must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Franklin failed to follow the requisite discretionary application procedure, we lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/12/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.